**Motion granted.  The telephonic case management conference scheduled for January 17, 2018 is cancelled and re-set to February 28, 2018 at 1:30 p.m.  Counsel are to contact the Court by February 16, 2018 for the call-in information.  Joint or separate position statements due by February 21, 2018.**

**s/ William H. Baughman, Jr.**
**William H. Baughman, Jr.**
**United States Magistrate Judge**

**Date: January 5, 2018**

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| FAIR ) | CASE NO.: 16-CV-186 |
| Plaintiff ) | JUDGE BOYKO |
| ) | JUDGE BAUGHMAN |
| v. ) | |
| ) | **PLAINTIFF'S MOTION TO CONTINUE** |
| GREEN, *et al.* ) | |
| Defendants. ) | |

Plaintiff, Falencia Fair, by and through undersigned counsel, respectfully requests that the Court continue her case management conference currently scheduled for January 18, 2017.  Fair's counsel will be unavailable due to his wedding and subsequent honeymoon.  Counsel for Defendants has already been consulted and has no objection to moving the case management conference.

Respectfully submitted,

_____
James J. Hux (0092992)
**HUX LAW FIRM, LLC**
3 Severance Circle #18147
Cleveland Heights, OH 44118
Phone: (937) 315-1106
Fax:    (216) 359-7760
Email: jhux@huxlawfirm.com

*Attorney For Plaintiff Falencia Fair*