Judge Christopher A. Boyko
Carl B. Stokes United States Court House
801 West Superior Avenue, Courtroom 15B
Cleveland, Ohio 44113

Falencia Fair
5948 Marra Drive
Bedford Heights, Ohio 44146

May 3, 2018

Dear Judge Boyko,

RE: **1:16-CV-00186**

I am writing to you to advise you that I need more time to secure legal representation.

I am actively seeking legal representation for my case.

I have an appointment at 2:30pm on Tuesday, May 8, 2018 with a law firm.

I called (216) 357-7151 on May 3, 2018.

I was advised to put this request in writing & to mail it.

I am complying with that request.

Thank you for your time.

Respectfully,

Falencia A. Fair