IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FALENCIA A. FAIR, | ) | CASE NO. 1:16 CV 186 (CAB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | WILLIAM H. BAUGHMAN, JR. |
| | ) | |
| THE OHIO BELL TELEPHONE COMPANY, | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendant. | ) | |

The case management plan and order entered in this case (ECF #38) remains in full force and effect. A status conference will be held on October 11, 2018 at 1:30 p.m. Lead counsel and the plaintiff must attend. A separate notice will issue.

IT IS SO ORDERED.


Dated: May 30, 2018                                       s/ William H. Baughman, Jr.
                                                                         United States Magistrate Judge