IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FALENCIA A. FAIR, | ) | CASE NO. 1:16 CV 186 (CAB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | WILLIAM H. BAUGHMAN, JR. |
| | ) | |
| THE OHIO BELL TELEPHONE | ) | |
| COMPANY, | ) | **NOTICE** |
| | ) | |
| Defendant. | ) | |

Please take notice that the above-entitled case has been set for a Status Conference before Magistrate Judge William H. Baughman, Jr. on **Thursday, October 11, 2018,** at **1:30 p.m.** in Courtroom 10A at 801 West Superior Avenue, Cleveland, Ohio. Lead counsel and the plaintiff must attend.

Date:   May 30, 2018                     s/ Donna M. Hach
                                         Sandy Opacich, Clerk of Court
                                         By: Donna M. Hach, Deputy Clerk
                                                 216-357-7222

To:   Counsel of Record
      Plaintiff