# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| FALENCIA FAIR, | Case No. 1:16-cv-00186-CAB |
| Plaintiff, | |
| v. | Judge Christopher A. Boyko |
| THE OHIO BELL TELEPHONE COMPANY, | Magistrate Judge William H. Baughman, Jr. |
| Defendant. | |

## MOTION TO DISMISS WITHOUT PREJUDICE

Now here comes Plaintiff, Falencia A. Fair, by and through Pro Se, asking this Honorable Court to grant her me Motion To Dismiss Without Prejudice.

Respectfully submitted,

_____
Falencia Fair, Plaintiff
Email: summerday456@yahoo.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2018, a copy of the foregoing Plaintiffs' Motion To Dismiss Without Prejudice was filed by U.S. mail.

I further certify that on June 30, 2018, a copy of the foregoing was served upon the attorneys for the Defendants, Jeffrey J. Moyle, Jaclyn R.T. Giffen and Amy Ryder Wentz by email.

Falencia A. Fair

**Plaintiff**